

**SEALED**



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

MAY 1 2 2026

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **SEALED** |
| v. | Case No. **2 6  CR 6 6   RAW** |
| JIN ZHAO CHI, a/k/a A Chi LU, a/k/a A Chi, and DIAN LIN JIANG, a/k/a Dianlin Jiang, | |
| *Defendants.* | |

## INDICTMENT

The Federal Grand Jury charges:

### INTRODUCTION

At all times relevant to this Indictment:

1.      The defendants, **JIN ZHAO CHI, a/k/a A Chi LU, a/k/a A Chi**, and **DIAN LIN JIANG, a/k/a Dianlin Jiang**, resided at 11985 NS 3580, Seminole, Oklahoma 74868, within the Eastern District of Oklahoma, and worked at a registered medical marijuana growing operation at the same location.

2.      Federal law prohibits the distribution and sale of unregistered pesticides.  Only pesticides registered with the U.S. Environmental Protection Agency ("EPA") may be imported or sold in the United States.  All pesticides intended for use in the United States must bear their EPA registration number on their labels.  In addition, all required information on the label must appear in the English language.

## COUNT ONE

## CONSPIRACY TO SMUGGLE GOODS INTO THE UNITED STATES
### [18 U.S.C. § 371]

Beginning on or about February 25, 2025, and continuing to on or about March 19, 2025, in the Eastern District of Oklahoma, the defendant, **JIN ZHAO CHI, a/k/a A Chi LU, a/k/a A Chi**, did willfully and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to import unregistered and misbranded pesticides into the United States, the importation was contrary to law, and the defendant knew the importation was contrary to law, in violation of Title 18, United States Code, Section 545.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was to knowingly and intentionally smuggle unregistered and misbranded pesticides into the United States, in violation of Title 18, United States Code, Section 545.

## MANNER AND MEANS OF THE CONSPIRACY

In order to accomplish the object of the conspiracy, the defendant, and other persons known and unknown to the Grand Jury:

1.      Acquired quantities of unregistered and misbranded pesticides from their source of supply.

2.      Arranged for the import and transport of quantities of unregistered and misbranded pesticides to the Eastern District of Oklahoma and elsewhere.

## OVERT ACTS

In furtherance of the conspiracy and to effect and accomplish its object, the defendant, and others known and unknown to the Grand Jury, committed the following overt acts, among others, in the Eastern District of Oklahoma and elsewhere:

2

1.      On an unknown date prior to February 25, 2025, an unknown co-conspirator obtained unregistered and misbranded pesticides from an unknown location.

2.      On an unknown date prior to February 25, 2025, an unknown co-conspirator shipped from Hong Kong, China, via DHL, reference number 1689470152A, unregistered and misbranded pesticides to A Chi LU at 11985 NS 3580, Seminole, Oklahoma, 74868.

3.      On an unknown date prior to February 25, 2025, an unknown co-conspirator misidentified on the shipping documents of a DHL package, reference number 1689470152A, approximately forty pounds of unregistered and misbranded pesticides as plastic cell phone cases, polyvinyl chloride data lines, and stainless steel latch fitments.

4.      On March 19, 2025, **JIN ZHAO CHI, a/k/a A Chi LU, a/k/a A Chi,** received the DHL package, reference number 1689470152A, of unregistered and misbranded pesticides at 11985 NS 3580, Seminole, Oklahoma 74868.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

### SMUGGLING GOODS INTO THE UNITED STATES
### [18 U.S.C. §§ 545 and 2]

Beginning on or about February 25, 2025, and continuing to on or about March 19, 2025, in the Eastern District of Oklahoma, the defendant, **JIN ZHAO CHI, a/k/a A Chi LU, a/k/a A Chi,** did fraudulently and knowingly import and bring into the United States, merchandise contrary to law, to wit:  unregistered and misbranded pesticides, and did receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise after importation, knowing the same to have been imported and brought into the United States contrary to law, in violation of Title 18, United States Code, Sections 545 and 2.

## COUNT THREE

### UNLAWFUL DISTRIBUTION AND SALE OF PESTICIDES – MISDEMEANOR
### [7 U.S.C. §§ 136j(a)(1)(A) and 136l(b)(1)(B)]

Beginning in or about June 2022, and continuing to in or about February 2025, in the Eastern District of Oklahoma, the defendant, **JIN ZHAO CHI, a/k/a A Chi LU, a/k/a A Chi**, did knowingly distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, and receive and (having so received) deliver and offer to deliver an unregistered pesticide, in violation of Title 7, United States Code, Sections 136j(a)(1)(A) and 136l(b)(1)(B).

## COUNT FOUR

### UNLAWFUL DISTRIBUTION AND SALE OF PESTICIDES – MISDEMEANOR
### [7 U.S.C. §§ 136j(a)(1)(A) and 136l(b)(1)(B)]

Beginning on or about April 27, 2022, and continuing to on or about May 8, 2023, in the Eastern District of Oklahoma, the defendant, **DIAN LIN JIANG, a/k/a Dianlin Jiang**, did knowingly distribute, sell, offer for sale, hold for distribution, hold for sale, hold for shipment, ship, deliver for shipment, release for shipment, and receive and (having so received) deliver and offer to deliver an unregistered pesticide, in violation of Title 7, United States Code, Sections 136j(a)(1)(A) and 136l(b)(1)(B).

### FORFEITURE ALLEGATION
### [18 U.S.C. §§ 982(a)(2)(B) and 545 and 28 U.S.C. § 2461(c)]

1.    The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 545 and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of Counts One and Two, the defendants, **JIN ZHAO CHI, a/k/a A Chi LU, a/k/a A Chi** and **DIAN LIN JIANG, a/k/a Dianlin Jiang**, shall forfeit to

4

the United States, pursuant to 18 U.S.C. § 982(a)(2)(B): (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offense; and (b) pursuant to 18 U.S.C. § 545 and 28 U.S.C. § 2461(c), any merchandise introduced into the United States in violation of § 545, or the value thereof.

3.      The property to be forfeited includes, but is not limited to, the following: approximately $20,000.00 in U.S. currency seized on March 19, 2025, pursuant to a search warrant executed at 11985 NS 3580, Seminole, Oklahoma, 74868, and an asset forfeiture money judgment in the amount of the total proceeds obtained by the conspiracy and by the defendants.

4.      If any of the property described above, as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

T. CAMERON MCEWEN, AL Bar #7161R67M
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

5