**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | |
| v. | **Case No. CR-26-66-RAW** |
| **JIN ZHAO CHI, a/k/a Lu, A Chi, a/k/a A Chi LU, and DIAN LIN JIANG,** | |
| *Defendants*. | |

**MOTION TO UNSEAL CASE**

**COMES NOW**, the United States of America by and through Christopher J. Wilson, United States Attorney and T. Cameron McEwen Assistant United States Attorney, and moves to unseal the above captioned and numbered case. In support of said request, the Government would submit the following:

1.　　On May 12, 2026, a sealed Indictment was filed in the U.S. District for the Eastern District of Oklahoma.

2.　　On May 12, 2026, a "Warrant for Arrest" was filed in the U.S. District Court for the Eastern District of Oklahoma commanding the arrest of the defendants.

3.　　The United States Magistrate Judge for the Eastern District of Oklahoma has set an arraignment for the defendants, and the case should be unsealed for purpose of providing the defendants notice of the current charges.

**WHEREFORE**, premises considered, the United States of America respectfully requests the Court unseal the case.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/     T. Cameron McEwen
       T. CAMERON MCEWEN, AL Bar #7161R67M
       Assistant United States Attorney
       Attorney for the Plaintiff
       520 Denison Avenue
       Muskogee, OK 74401
       (918) 684-5100
       Cameron.McEwen@usdoj.gov