# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | |
| | **)** | Case No.:   CR-26-66-RAW |
| Plaintiff, | **)** | |
| **v.** | **)** | Date:   07/09/2026 |
| | **)** | |
| JIN ZHAO CHI, a/k/a A Chi Lu, a/k/a A Chi | **)** | Time:   10:35 a.m. – 11:29 a.m. |
| Defendant. | **)** | |

### MINUTE SHEET – ARRAIGNMENT

U.S. Magistrate Judge D. Edward Snow      Toni Moore, Deputy Clerk    FTR Courtroom:   3 - Room 432

Counsel for Plaintiff:      Cameron McEwen, AUSA

Counsel for Defendant    Marna Franklin, Appointed

☒  Interpreter: <u>Jonathan Wang;</u> (via video)  ☒  sworn
☒  Fin. Afd / Deft orally requested counsel        Objections  ☐ yes   ☒   no       ☒   Court appointed counsel
☒  Defendant sworn
Defendant appears:    ☒  with Counsel;      ☐  Counsel waived;      ☐  w/o Counsel;
☒  Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒  Court gives formal reading of the Indictment
☒  Defendant advised of constitutional rights, charges, possible penalties
☒  Defendant entered not guilty plea as to Counts <u>1, 2, and 3 </u>of the Indictment

**Trial / Motions:**
☒  **Jury Trial set <u>09/01/2026</u> at 9:00 a.m. before U.S. Senior District Judge Ronald A. White**
☒  Court advised defendant will have 14 days to file motions and Government will have 7 days to respond
☒      EXPERT WITNESS NOTICES to be filed within fourteen (14) days after arraignment. Any DAUBERT MOTIONS to be filed within 14 days of the filing of the Expert Witness Notices

**Discovery**:
☒  Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)
        requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
        ☐  Government has complied                    ☐  Government has not complied
        ☒  Government states discovery will be available via USAFX at the conclusion of the arraignment
        Parties  ☐  do  ☒  do not foresee any problems which the Court should anticipate.
☒  Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐  Defendant released on personal recognizance bond
☒  Government filed Motion for Detention
☐  Defendant waived detention hearing
☒  Detention hearing set **7/9/2026 at 3:00 p.m.**
☐  Defendant present on writ and reserves as to issue of detention at this time
☐  Defendant agreed issue of bond is moot
☒  Defendant to remain in custody and was remanded to the custody of USMS

☒   The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: TM