# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: CR-26-66-RAW |
| Plaintiff, | ) | |
| v. | ) | Date: 07/09/2026 |
| | ) | |
| | | 3:02 p.m. – 3:10 p.m. |
| | | 3:33 p.m. – 5:58 p.m. |
| JIN ZHAO CHI | ) | Time: 6:22 p.m. – 6:41 p.m. |
| Defendant. | ) | |

## MINUTE SHEET - DETENTION HEARING

U.S. Magistrate Judge, D. Edward Snow      Toni Moore, Deputy Clerk     FTR Courtroom:   3 - Room 432

Counsel for Plaintiff:      Cameron McEwen, AUSA

Counsel for Defendant:      Marna Franklin, Appointed          [X] Defendant present

Jonathan Wang, Interpreter - sworn

**MINUTES:**. Government calls witness #1. Defendant cross of witness #1. Government redirect of witness #1. Government proceeds by way of proffer. Government rests. Defendant proceeds by way of proffer. Defendant rests. Parties make arguments. Nothing further by either party.

**Detention Hearing**:

**Government's Witnesses:**                          **Defendant's Witnesses:**
1: Robert Kozeluh, SA, US EPA                          1:

**FINDINGS:**
☒  Defendant allowed to post bond in the amount of $10,000.00 unsecured with conditions of pretrial release
☐  The court finds a crime has been committed and that defendant committed that crime (DES).
☐  Court finds there is a serious risk that the defendant will not appear; defendant ordered detained
☐  Court finds there is a serious risk that the defendant will endanger the safety of another person or the community; defendant ordered detained

**ENTERING ORDER:** directing the **Defendant/Government** to withdraw their exhibits (DES).

☐  Defendant remanded to custody of U.S. Marshal

☒  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: TM