*00:02* Special Agent:  This is Special Agent Chris Overhouser with EPA CID today is March 19, 2025. It is approximately 12:22 p.m. We're on the Scotts Greens search warrant I am here with officer-

*00:18* Agent:  Agent Rockel Velasquez from Oklahoma Bureau of Narcotics.

*00:21* Special Agent:  And we're going to interview Mr. Chi, and we have the language interpreter on the phone from Translations International. The phone number for that is 1(866) 537- 9267 and ma'am your name for the recording?

*00:40* Interpreter:  Yes, my name is Jin and my Id number is 251954.

*00:45* Special Agent:  Thank you very much and sir could you state your name please.

*00:56* Interpreter:  Can I write it down?

*01:05* Special Agent:  Okay he wrote Jin Zhao Chi okay and we're joined by... thank you for your name. What do you do here at the operation? What is your job?


DEFENDANT'S EXHIBIT
3