IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

     **Plaintiff,**

v.

JIN ZHAO CHI,

     *Defendant.*

     Case No. CR-26-066-RAW

## UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT WITNESSES

Comes now the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney T. Cameron McEwen of the Eastern District of Oklahoma, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), as amended December 1, 2022, and hereby gives notice to the Court and to the Defendants of its intent to introduce testimony under Rule 16 of the Federal Rules of Criminal Procedure and Rules 701, 702, and 703 of the Federal Rules of Evidence. In compliance with Rule 16, the United States would submit the following:

### *Jessica Lynn Krank, Chemist*

1. Pursuant to Rule 16(a)(1)(G), a copy of the NEIC Criminal Investigation Report with Ms. Krank's findings, conclusions, and results of her testing of the pesticides has been disseminated and disclosed to defense counsel in Bates Stamp Numbers 00000230-255.

2. A copy of Ms. Krank's curriculum vitae, which includes her qualifications and publications within the past ten (10) years, is attached hereto. *See* Attachment 1. Ms. Krank has no testimony in cases in the past four (4) years.

1

**APPROVAL AND SIGNATURE OF NOTICED EXPERT WITNESS**

I, Jessica Lynn Krank, have reviewed and approved the foregoing disclosures and my findings, conclusions, and results in the NEIC Criminal Investigation Report.

Jessica Lynn Krank, Chemist
United States Environmental Protection Agency
National Enforcement Investigations Center

The United States reserves its right, within the limitations set by law and this Court's orders, to call additional expert witnesses if the need arises after the date of this filing.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    *T. Cameron McEwen*
T. CAMERON MCEWEN
AL BAR # 7161-R67M
Assistant United States Attorney
520 South Denison
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
Cameron.McEwen@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. ' Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Marna Franklin, Attorney for Jin Zhao Chi
Craig M. Hoehns, Attorney for Dian Lin Jiang

s/    *T. Cameron McEwen*
T. CAMERON MCEWEN
Office of the United States Attorney

3