# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 26-CR-66-RAW |
| | ) | |
| JIN ZHAO CHI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, Defendant Jin Zhao Chi, by and through counsel, and hereby moves this Court to modify his conditions of release pursuant to 18 U.S.C. §§ 3145(a)(2) & 3142(c)(3). Specifically, Defendant Chi asks this Court to modify his travel restriction to allow travel outside of the Eastern District of Oklahoma to the Western District of Oklahoma for the sole purposes of visiting with Undersigned Counsel.

## Statement of Facts

The Indictment in this case was filed on May 12, 2026. On the 9th of July, 2026, Undersigned Counsel was appointed to represent Mr. Chi. (Doc. 13) Undersigned Counsel offices in Oklahoma City, Oklahoma, which is

2

outside of the Eastern District of Oklahoma.    Mr. Chi was released on bond, with the restriction that his travel be limited to the Eastern District of Oklahoma.  [Doc. 31, (7)(g)]

Counsel's office is in the Western District of Oklahoma.   Mr. Chi seeks a modification to his travel restriction to include the Western District of Oklahoma for the sole purpose of attorney visitation.    Said modification would allow him to meet with his attorney in her office with privacy and confidentiality.

The government, by and through AUSA T. Cameron McEwen, has advised that he does not oppose this motion.

## Conclusion

For the reasons stated above, the defendant respectfully requests that condition 7(g) of his Conditions of Release be modified to include the Western District of Oklahoma, for the sole purpose of visiting with his Counsel.

Respectfully submitted,

*s/Marna Franklin*
Marna Franklin #17148
Attorney at Law
620 N. Robinson, Ste. 203
Oklahoma City, Oklahoma 73102
Phone: (405) 239-2726
Fax: (405) 212-5063
Mfranklin@demandproof.com

3

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

T. Cameron McEwen
Assistant U.S. Attorney.

*s/ Marna Franklin*

4