## Professional Resume

July 2026

**Name: Jessica Lynn Krank**

**Position Title:** Chemist

**Business Address**:  U.S. EPA-NEIC
Building 25, P.O. Box 25227
Denver Federal Center
Denver, Colorado 80225
303-462-9180
Krank.Jessica@epa.gov

**Education**:  M.S. Biomedical Basic Sciences (Toxicology Emphasis), University of
Colorado Health Sciences Center, 2004
B.S. Chemistry, University of Utah, 2000

**Professional Organizations**: None

**Professional Certificates:** None

**GOVERNMENT EXHIBIT 1**

**Employment History**:

**December 2021 to Present**

*U.S. Environmental Protection Agency*
*National Enforcement Investigations Center (NEIC)*
*Denver, Colorado*
*CHEMIST/Laboratory Branch*

Qualified to analyze and review data generated by operation of pH potentiometers, Infrared and Raman spectrometers, LC/MS/MS, LC-Orbitrap, and LC/QToF instruments for complex environmental samples in support of EPA regulatory programs. These analyses include appropriate QA/QC to provide legally defensible data. Perform Analytical Project Manager (APM) duties for projects including consolidation of multiple analytical data sets, writing/co-authoring final NEIC criminal and/or civil reports, coordinating teams of chemists across various techniques, creating and maintaining scheduling documents to track flow of analysis and team member assignments and their associated products. Provided guidance and training to other chemists in the analysis of samples by LC/MS.

**October 2014 to November 2021**

*Colorado Department of Agriculture*
*Division of Laboratory Services*
*Broomfield, Colorado*
*Physical Scientist/Biochemistry Laboratory*

Analyzed complex environmental samples for trace level pesticide residues in support of regulatory programs. These analyses required several different extraction techniques and instruments including LC/MS/MS, LC/QToF, and GC/MS. Analyzed hemp samples for Δ9-THC by GC-FID in support of regulatory programs. Performed food surveillance testing by LC/MS/MS in support of USDA-FSIS grant. Reviewed data produced by other scientists on these platforms for analytical and QA/QC completeness in support of ISO17025 accreditation. Performed routine maintenance on all systems utilized for sample analysis. Provided guidance and training to other chemists and technicians in the preparation and analysis of samples by LC/MS/MS. LC/QToF, GCMS, and GC-FID. All analyses were performed with appropriate QA/QC to produce legally defensible data. Authored and reviewed SOPs for analytical methods and instrument operation. Acted as a safety officer in the laboratory including safety onboarding of new employees, routine laboratory inspections, and completion of the "Safety Fundamentals Certificate Program" through the State of Colorado.

**May 2009 to October 2014**

*National Jewish Health*
*Advanced Diagnostic Laboratories*
*Denver, Colorado*
*Analytical Chemist/Infectious Disease Pharmacokinetics Laboratory*

Perform complex testing of biological specimens in a clinical pharmacokinetics laboratory utilizing colorimetric assays, Thermo HPLC's, and Agilent GC/MS and LC/MS instrumentation. Developed and validated methods for the extraction and analysis of new drugs from human serum utilizing LC/MS/MS. Performed routine maintenance and troubleshooting of instrumentation. Authored and implemented new Standard Operating Procedures for biochemical assays, laboratory operations, instrument use and maintenance. Maintaining Quality Control standards in support of CLIA, CAP and ISO 15189 certification. Reviewed and reported patient results. Responsible for creation and upkeep of laboratory metrics in support of LEAN-Six Sigma initiative. Tracked and compiled quality control data for monthly review. Responsible for orientation and training of new employees including extractions, instrumental analysis, and instrument maintenance. Acted as quality assurance officer for the laboratory including maintaining metrics and author quality reports and prepare for internal and external audits in support of laboratory goals and ISO15189 accreditation.


**April 2008 to January 2009**

*bioNovo*
*Aurora, Colorado*
*Quality Control Chemist*

Quantitatively analyzed biological samples for the determination of active compounds and their metabolites from pharmacokinetic studies by LC/LC/MS/MS. Quantitatively analyzed manufactured drug product samples to determine the levels of various active components by LC/LC/MS/MS in a GMP environment. Reviewed data produced by coworkers and laboratory notebooks to meet and maintain quality control standards. Designed templates for data calculation following analysis of GLP and GMP samples. Utilized and maintained LC/MS/MS and LC/MS/QTRAP instruments performing basic maintenance and method development as well as routine analysis of samples. Trained new employees in the operation and maintenance of instruments.


**May 2004 to December 2007**

*University of Colorado Health Sciences Center*
*Department of Pharmacology*
*Aurora, Colorado*
*Senior Professional Research Assistant*

Developed and utilized methods for the quantitative and qualitative analysis of lipids from biological samples. Utilized normal and reverse phase HPLC in the separation, purification, and analysis of lipids from biological matrices. Utilized solid phase extraction and thin layer chromatography to purify lipids from complex mixtures. Trained new employees and graduate students in the separation, purification, and analysis of lipids by mass spectrometry. Utilized LC/MS/MS and LC/MS/QTRAP instruments to analyze lipids quantitatively and qualitatively from complex mixtures using multiple types of instrument experiments. Utilized GC/MS to analyze lipids quantitatively and qualitatively from complex mixtures. Utilized time of flight

(TOF) mass spectrometry coupled to both HPLC and MADLI sources to analyze lipids in complex mixtures

**Continuing Education[1]:**

| Course | Sponsor | Date of Completion |
|---|---|---|
| Interpretation of Infrared and Raman Spectra | Infrared & Raman Courses, Inc. | July 10-14, 2023 |
| QTOF Techniques and Operation Small Molecule | Agilent Technologies | June 12-16, 2023 |
| HAZWOPER Initial Certification (Hybrid) | Compliance Solutions | Jan 11, 2023 |
| Method Validation | A2LA | June 24, 2021 |
| Evaluating the Calibration and Test Supplier | A2LA | June 24, 2020 |
| Improving the Corrective Action Process | A2LA | May 14, 2020 |
| Safety Fundamentals Certificate Program | State of Colorado | September 22, 2016 |
| Quantitative Analysis by Mass Spectrometry | NACRW | July 17, 2016 |
| Pesticide and Veterinary Drug Residues: Method Validation and Routine Quality Control | NACRW | July 19, 2015 |
| EPA National Pesticide Laboratory Analyst Workshop | Office of the Indiana State Chemist, EPA, Oklahoma Department of Agriculture Food & Forestry | May 8, 2015 |
| QQQ LC/MS Training and Operations | Agilent Technologies | August 19, 2011 |
| [1] EPA required on-line training, miscellaneous seminars and workshops, and required annual refresher training are not listed. | | |

**Honors and Awards:**

> 2026 – Individual Incentive Award
> 2025 – Individual Incentive Award
> 2024 – Individual Incentive Award
> 2023 – Individual Incentive Award
> 2022 – 40 Hour Individual Time Off Award

Jessica Krank
U.S. EPA - NEIC

PROFESSIONAL RESUME
Page 4 of 6

July 2026
Krank_Resume_July26.pdf

**Oral Presentations**:

1. July 2019. NACRW; Naples, Florida, *Laboratory Update 2019*
2. May 2016.  FERN Annual Meeting; Richmond, Virginia: *Addition of Second-Generation Rodenticides to the T022 Method*.

**NEIC Procedures and Guidance Documents**:

NEICPROC/02-004 LC: Maintenance, Operation, and Performance Verification, Author
NEICGUID/25-002 Routine Operation of Thermo Orbitrap Exploris 120

**Poster Presentations:**

1. "*Therapeutic Drug Monitoring in Tuberculosis*", **Krank, JL**; Gracom, KL; Childs, JM and Salfinger, M, 18th Annual Conference of the International Union Against Tuberculosis and Lung Disease – North American Region, Boston, MA (2014)
2. "*Development of a High Throughput LC-MS/MS Method for the Simultaneously Quantification of Multiple Bioactive Polyphenolic Compounds in Various Matrices*", YAN LING ZHANG; James Garcia; Jim Tallman; Christine Casey; **Jessica Krank**; Richard Staub; Scott Baggett; Isaac Cohen; Uwe Christians, 56th ASMS Conference on Mass Spectrometry and Allied Topics, Denver, Colorado (2008)
3. "*Analysis of wax ester molecular species by liquid chromatography tandem mass spectrometry*", **Jessica L Krank (Presenting author)** and Robert C. Murphy, 53d ASMS Conference on Mass Spectrometry and Allied Topics, San Antonio, Texas (2005).
4. "*Adduction of RNA by Leukotriene $A_4$*" **Jessica L Krank (Presenting author)** and Robert C. Murphy, Mountain West Society of Toxicology, Breckenridge, Colorado (2003). Award for 2nd place student poster presentation.
5. "*Adduction of RNA by Leukotriene $A_4$*" **Jessica L Krank (Presenting author)** and Robert C. Murphy, 51st ASMS Conference on Mass Spectrometry and Allied Topics, Montrèal, Quebec, Canada (2003)

**Publications**:

1. *Cefoxitin Continuous Infusion for Lung Infection Caused by M. abscessus group*, Czaja CA, Levin A, Moridani M, **Krank JL**, Curran-Everett D, Anderson PL, Antimicrob Agents Chemother. 58(6):3570-3571 (2014)
2. *N-(3-Hydroxy-Hexanoyl)-L-Homoserine Lactone Is the Biologically Relevant Quormone that Regulates the phz Operon of Pseudomonas chlororaphis (aureofaciens) Strain 30-84*, Khan SR, Herman J, **Krank J**, Sekova NJ, Churchill ME, Suga H, Farrand SK, Appl Environ Microbiol. 73(22):7443-55 (2007)
3. *Qualitative analysis and quantitative assessment of changes in neutral glycerol lipid molecular species within cells,* **Krank J**, Murphy RC, Barkley RM, Duchoslav E, McAnoy AM, Methods Enzymol 432(1):1-20 (2007)

4. *Detection and Abundance of Diacylgylcerol and Triacylglycerol Molecular Species in Cells Using Neutral Loss Mass Spectrometry,* Murphy RC, James, PF. McAnoy AM, **Krank J**, Duchoslav E, Barkely RM, Analytical Biochem 366(1):773-83 (2007)
5. *Specificity of acyl-homoserine lactone synthases examined by mass spectrometry,* Gould TA, Herman J, **Krank J**, Murphy RC, Churchill MEA, J Bacteriol 188:773-783 (2006)
6. *Prostaglandins and metabolites,* Murphy RC, Hankin JA, **Krank J**, Johnson CA, In: The Encyclopedia of Mass Spectrometry (Gross ML, Caprioli RM, Eds.) Elsevier, New York, Chp. 6, pp. 492-502 (2006)
7. *LC/MS methodology in lipid analysis and structural characterization of novel lipid species,* Murphy RC, **Krank J**, Barkley RM, In: Functional Lipidomics, (Feng L, Prestwich GD, Eds.), CRC Press, Boca Raton, FL, Chp. 2, pp17-55 (2006)
8. *Electrospray ionization and tandem mass spectrometry of eicosanoids,* Murphy RC, Barkley RM, Zemski Berry K, Hankin JA, Harrison K, Johnson C, **Krank J**, McAnoy A, Uhlson C, Zarini S, Anal Biochem 346:1-42 (2005)

**Litigation Experience: Trials/Negotiations/Settlements**
None

**Litigation Experience: Depositions**
None

**Litigation Experience: Expert Reports, Declarations and Affidavits**
None

---

**Affirmation**

---

I have reviewed my Professional Resume and declare and affirm that the information provided therein is true and correct to the best of my knowledge.


_____
Employee Signature


Chemist
_____
Title


07/16/2026
_____
Date