**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**JIN ZHAO CHI,**<br>**a/k/a A Chi LU,**<br>**a/k/a A Chi, and**<br>**DIAN LIN JIANG,**<br>**a/k/a Dianlin Jiang,**<br><br>***Defendants.*** | **Case No. CR-26-066-RAW** |

**JOINT MOTION TO EXTEND THE TRIAL DATE AND PRE-TRIAL FILING DEADLINES**

Comes now the United States of America, by and through, United States Attorney Christopher J. Wilson and Assistant United States Attorney T. Cameron McEwen for the Eastern District of Oklahoma, Marna Franklin, attorney for Defendant Jin Zhao Chi, and Craig M. Hoehns, attorney for Defendant Dian Lin Jiang, and respectfully request the Court extend the trial date in this case for ninety (90) days to the February 2027 trial docket as well as extend all pre-trial filing deadlines in conjunction with this trial schedule. As grounds for said request, the parties submit the following:

1. All parties are in agreement with said extension.
2. The Defendants' trial date is currently set for November 3, 2026.
3. On September 3, 2026, and September 18, 2026, United States Magistrate Judge D. Edward Snow conducted a two-day suppression hearing on Defendant Chi's Motion to Suppress Statements (Doc. 39). At the hearing, the United States called two witnesses and Defendant Chi called five witnesses. Both parties also submitted numerous

exhibits to the Court, including several videos, audio clips of Defendant Chi's statement to law enforcement, and Defendant Chi's full audio statement to law enforcement. At the conclusion of the hearing, Judge Snow informed the parties that he was going to order the parties to brief the suppression issue including only facts and evidence presented at the suppression hearing to support their arguments. The parties requested forty-five (45) days to order the transcript of the hearing and brief the issue. Judge Snow agreed with this time-period but acknowledged that the trial date would need to be continued to allow time for this deadline and for him to properly prepare a report and recommendation for the Court.

4. In addition to the suppression matter, the United States needs additional time to secure an expert witness who speaks and reads Mandarin and Fujianese. This expert is needed to translate the Defendants' messages located on their electronic devices to determine if the Cellebrite translations conducted from the devices were translated correctly from Mandarin to English.

Based on the foregoing, the parties respectfully request the Court extend the trial date in this case for ninety (90) days to the February 2027 trial docket as well as extend all pre-trial filing deadlines in conjunction with this trial schedule.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ *T. Cameron McEwen*
T. CAMERON MCEWEN
AL BAR # 7161-R67M
Assistant United States Attorney
520 South Denison
Muskogee, OK 74401
(918) 684-5100
Cameron.McEwen@usdoj.gov

s/ *Marna Franklin*
MARNA FRANKLIN
Attorney for Jin Zhao Chi
(405) 313-0610
mfranklin@demandproof.com

s/ *Craig M. Hoehns*
CRAIG M. HOEHNS
Attorney for Dian Lin Jiang
(405) 500-2125
craig.hoehns@hoehnslaw.com